# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Christine Hall,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-01548-ADA-SH** |
| | § | |
| **DataX, Ltd.,** | § | |
| *Defendant* | § | |
| | § | |

## ORDER

On January 21, 2026, the parties notified the Court that they have reached a settlement and requested sixty days to complete settlement documents. Dkt. 9. The Court ordered the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by March 20, 2026.[1] Dkt. 12. The parties failed to timely file their settlement documents or seek an extension.

The Court **ORDERS** the parties to file settlement documents or show cause as to why the case should not be dismissed for failure to prosecute or comply with a court order by **April 10, 2026**. Failure to do so will result in the Court's recommendation that this action be dismissed under Rule 41(b). *Griggs v. S.G.E. Mgmt., LLC*, 905 F.3d 835, 844 (5th Cir. 2018) ("Rule 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or comply with a court order.").

**SIGNED** on March 26, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.