# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Christine Hall,** *Plaintiff* | § § § § § § § | |
| **v.** | | **Case No. 1:25-cv-01548-ADA-SH** |
| **DataX, Ltd.,** *Defendant* | | |

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

**TO:   THE HONORABLE ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

On January 21, 2026, the parties gave notice that they had reached a settlement and requested sixty days to complete settlement documents.[1] Dkt. 9. On February 13, 2026, this Magistrate Judge ordered the parties to file a joint stipulation of dismissal by March 20, 2026. Dkt. 12. On March 26, 2026, this Magistrate Judge again ordered the parties to file settlement documents or show cause as to why the case should not be dismissed by April 10, 2026. Dkt. 13. The parties were warned that failure to do so "will result in the Court's recommendation that this action be dismissed under Rule 41(b)." *Id.* The parties have not filed settlement documents or otherwise responded to either of the Court's orders.

A district court may dismiss an action *sua sponte* under Rule 41(b) if a plaintiff fails to prosecute or comply with any order of court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988).

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.

### I.    Recommendation

This Magistrate Judge **RECOMMENDS** that the District Court **DISMISS** this lawsuit without prejudice under Rule 41(b) for failure to prosecute and comply with the Court's orders.

The Court **ORDERS** the Clerk to **REMOVE** this case from this Magistrate Judge's docket and **RETURN** it to the docket of the Honorable Alan D Albright.

### II.    Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and, except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on April 15, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE