**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Christine Hall,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **1:25-cv-01548-ADA-SH** |
| | § | |
| **DataX, Ltd.,** | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 14. The report and recommendation recommends that Plaintiff's case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's Order and prosecute her case. Judge Hightower issued the report and recommendation on April 15, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Hightower's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 14) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** on June 1, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE